| | |
|---|---|
| ALBERT ZACHOLL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE BANK, N.A., a corporation; COUNTRYWIDE HOME LOANS, INC., a corporation d/b/a AMERICA'S WHOLESALE LENDER; EQUITY LENDING, a corporation; ALLNATION MORTGAGE, a company; CHRISTIE CRAFT, an individual; JUST ESCROW, a corporation,<br><br>　　　　Defendants. | Case No. 07 CV 0487 JAH (LSP)<br><br>**ORDER GRANTING JOINT STIPULATION FOR GOOD FAITH DETERMINATION**<br><br>The Honorable John A. Houston |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS652310.1

ORDER GRANTING GOOD FAITH SETTLEMENT

# **ORDER**

After consideration of the Joint Stipulation for Good Faith Settlement Determination, IT IS HEREBY ORDERED THAT:

1. The settlement agreement between Plaintiff Albert Zacholl ("Plaintiff") and defendants Countrywide Home Loans, Inc. and Countrywide Bank, FSB, formerly known as Countrywide Bank, N.A., erroneously served as Countrywide, N.A. (individually and collectively, "Countrywide") was made and entered into in good faith within the meaning of California Civil Procedure Code Section 877.6 and *Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal. 3d 488 (1985);

2. Any and all claims against Countrywide for equitable comparative contribution, or for partial or comparative indemnity, based on comparative negligence or comparative fault, which have been or would be asserted by any party/person who has received notice of this Joint Stipulation for Good Faith Settlement Determination are forever barred.

DATED: April 1, 2008

JOHN A. HOUSTON
United States District Court Judge